IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JESUS ALVARADO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. NO. C-05-582 |
| | § | |
| PIONEER DRILLING, | § | |
| | § | |
| Defendant. | § | |

ORDER   STRIKING   PLEADING

The clerk has filed the Motion to Confirm Arbitration Award and to Dismiss with Prejudice (D.E. 16), however, it is deficient in the area checked below:

1. _____   Pleading is not signed by, or by permission of, attorney-in-charge.(LR5.2)
2. _____   Pleading is not in compliance with LR11.3.A(1) through (6) *No Federal Bar Number*
3. _____   Caption of the pleading is incomplete (LR10.1)
4. _____   No certificate of service, or explanation why service is not required (LR5.4)
5. __X__   No statement re: conference w/opposing counsel/party (LR7.1D)
6. _____   Separate proposed order not attached (LR7.1C)
7. _____   Motion to consolidate is not in compliance with LR7.6
8. _____   Other:

The clerk is hereby ORDERED to strike the above instrument from the record and notify counsel of such action.

Dated:  _____April 2, 2007_____

_____
Janis Graham Jack
United States District Judge